# United States District Court

for _____ DISTRICT OF __**COLUMBIA**_____

FILED

MAY - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**KELLEY MALA**

Plaintiff/Complainant

V.

SCOTT ANDERSON, HILLARY HODGE JR,
JUAN CLEMENTE, ANGEL NEGRON,
AND ALL OTHERS NAMED AND UNNAMED
Defendants.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **07 0873**

I, __Kelley Mala_____, declare that I am the (check appropriate box)

[x] petitioner/plaintiff

[ ] respondent/defendant

[ ] movant (filing 28 U.S.C. 2255 motion)

[ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [ ]  No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   Self Employeed August 2005
   monthly $2,500

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment   Yes [ ]   No [x]
   b. Rent payments, interest or dividends?                    Yes [ ]   No [x]
   c. Pensions, annuities or life insurance payments?          Yes [ ]   No [x]
   d. Gifts or inheritances?                                    Yes [ ]   No [x]
   e. Any other sources?                                        Yes [x]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Parents   Mother/Father

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒    No ☐    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   $25.44 inmates prison account.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   WANDA TODD -Wife, Kelley Mala Jr., Kellie Mala, Mckel Mala, Kyla Mala,
              SON              SON           Dauther    Dauther
   Kyla Michelle Mala, Shantel Mala, Jamal Mala, Michelle Todd Mala
      Dauther          Dauther       SON           Dauther

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/16/07
             (Date)                              Signature of Applicant

---

CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:_____
SEE ATTACH

I further certify that during the last six months the applicant's average balance was $_____

_____
Authorized Officer of Institution

---

ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge   Date | _____  _____ <br> United States Judge    Date <br> or Magistrate Judge |

# Inmate Statement



| Inmate Reg #: | 01995094 | Current Institution: | Guaynabo MDC |
| Inmate Name: | MALA, KELLY | Housing Unit: | GUA-B |
| Report Date: | 03/16/2007 | Living Quarters: | B12-232U |
| Report Time: | 6:57:49 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | 3/15/2007 6:04:05 PM | TFN0315 | | | Phone Withdrawal | ($5.00) | | $25.44 |
| GUA | 3/14/2007 12:53:41 PM | TFN0314 | | | Phone Withdrawal | ($3.00) | | $30.44 |
| GUA | 3/12/2007 1:54:30 PM | 73 | | | Sales | ($17.20) | | $33.44 |
| GUA | 3/8/2007 3:15:05 PM | 33311407 | | | Western Union | $50.00 | | $50.64 |
| GUA | 3/6/2007 8:16:43 AM | TFN0306 | | | Phone Withdrawal | ($5.00) | | $0.64 |
| GUA | 3/5/2007 10:33:36 AM | 93 | | | Sales | ($13.75) | | $5.64 |
| GUA | 3/4/2007 8:37:30 PM | TFN0304 | | | Phone Withdrawal | ($6.00) | | $19.39 |
| GUA | 3/1/2007 5:36:00 PM | TFN0301 | | | Phone Withdrawal | ($5.00) | | $25.39 |
| GUA | 2/28/2007 9:39:55 AM | TFN0228 | | | Phone Withdrawal | ($5.00) | | $30.39 |
| GUA | 2/27/2007 6:20:38 PM | TFN0227 | | | Phone Withdrawal | ($2.00) | | $35.39 |
| GUA | 2/26/2007 6:16:14 PM | TFN0226 | | | Phone Withdrawal | ($5.00) | | $37.39 |
| GUA | 2/26/2007 11:08:10 AM | 63 | | | Sales | ($28.35) | | $42.39 |
| GUA | 2/25/2007 6:12:50 PM | 33310607 | | | Western Union | $50.00 | | $70.74 |
| GUA | 2/25/2007 2:40:17 PM | TFN0225 | | | Phone Withdrawal | ($6.00) | | $20.74 |
| GUA | 2/21/2007 12:30:29 PM | TFN0221 | | | Phone Withdrawal | ($5.00) | | $26.74 |
| GUA | 2/20/2007 10:15:49 AM | 56 | | | Sales | ($14.05) | | $31.74 |
| GUA | 2/14/2007 12:42:42 PM | TFN0214 | | | Phone Withdrawal | ($5.00) | | $45.79 |
| GUA | 2/12/2007 12:20:04 PM | 109 | | | Sales | ($19.75) | | $50.79 |
| GUA | 2/11/2007 8:30:21 AM | TFN0211 | | | Phone Withdrawal | ($5.00) | | $70.54 |
| GUA | 2/7/2007 10:17:58 AM | TFN0207 | | | Phone Withdrawal | ($6.00) | | $75.54 |
| GUA | 2/5/2007 10:01:21 AM | 94 | | | Sales | ($29.30) | | $81.54 |
| GUA | 2/4/2007 6:10:28 PM | TFN0204 | | | Phone Withdrawal | ($6.00) | | $110.84 |
| GUA | 2/3/2007 2:21:18 PM | 33309007 | | | Western Union | $100.00 | | $116.84 |
| GUA | 1/31/2007 8:31:46 PM | TFN0131 | | | Phone Withdrawal | ($5.00) | | $16.84 |
| GUA | 1/29/2007 10:07:02 AM | 53 | | | Sales | ($38.40) | | $21.84 |
| GUA | 1/25/2007 9:31:56 PM | TFN0125 | | | Phone Withdrawal | ($4.00) | | $60.24 |
| GUA | 1/19/2007 12:47:21 PM | 69 | | | Sales | ($49.25) | | $64.24 |
| GUA | 1/18/2007 2:22:46 PM | GJV0042 | | | Photo Copies | ($1.20) | | $113.49 |
| GUA | 1/18/2007 2:13:48 PM | GJV0042 | | | Photo Copies | ($0.90) | | $114.69 |
| GUA | 1/18/2007 2:09:35 PM | GJV0042 | | | Photo Copies | ($1.70) | | $115.59 |
| GUA | 1/18/2007 2:01:30 PM | GJV0042 | | | Photo Copies | ($3.00) | | $117.29 |
| GUA | 1/16/2007 10:41:04 AM | TFN0116 | | | Phone Withdrawal | ($5.00) | | $120.29 |
| GUA | 1/15/2007 6:10:45 PM | 33307607 | | | Western Union | $100.00 | | $125.29 |

07 0873

FILED

MAY - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| GUA | 1/15/2007 9:09:34 AM | TFN0115 | | Phone Withdrawal | ($5.00) | $25.29 |
| GUA | 1/13/2007 12:57:46 PM | TFN0113 | | Phone Withdrawal | ($2.00) | $30.29 |
| GUA | 1/13/2007 11:27:42 AM | TFN0113 | | Phone Withdrawal | ($5.00) | $32.29 |
| GUA | 1/12/2007 8:37:03 AM | TFN0112 | | Phone Withdrawal | ($5.00) | $37.29 |
| GUA | 1/8/2007 9:06:31 AM | 56 | | Sales | ($32.85) | $42.29 |
| GUA | 1/7/2007 7:46:18 PM | TFN0107 | | Phone Withdrawal | ($5.00) | $75.14 |
| GUA | 1/6/2007 2:23:00 PM | TFN0106 | | Phone Withdrawal | ($6.00) | $80.14 |
| GUA | 1/5/2007 11:45:36 AM | GJV0037 | | Photo Copies | ($2.90) | $86.14 |
| GUA | 1/5/2007 11:42:52 AM | GJV0037 | | Photo Copies | ($9.50) | $89.04 |
| GUA | 1/5/2007 11:35:00 AM | GJV0037 | | Photo Copies | ($2.00) | $98.54 |
| GUA | 1/4/2007 7:19:43 PM | 33306907 | | Western Union | $100.00 | $100.54 |
| GUA | 12/28/2006 12:20:25 PM | 50 | | Sales | ($35.10) | $0.54 |
| GUA | 12/27/2006 5:31:39 PM | TFN1227 | | Phone Withdrawal | ($5.00) | $35.64 |
| GUA | 12/25/2006 7:31:26 AM | TFN1225 | | Phone Withdrawal | ($5.00) | $40.64 |
| GUA | 12/23/2006 6:50:41 PM | TFN1223 | | Phone Withdrawal | ($5.00) | $45.64 |
| GUA | 12/22/2006 8:42:18 AM | TFN1222 | | Phone Withdrawal | ($4.00) | $50.64 |
| GUA | 12/21/2006 1:09:16 PM | 74 | | Sales | ($46.05) | $54.64 |

1 2 3

**Total Transactions: 141**

**Totals:** $25.07  $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | $25.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.44 |
| **Totals:** | **$25.44** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$25.44** |