FILED
MAY - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLEY MALA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07 0873 |
| SCOTT ANDERSON, et al. | ) |
| Defendants. | ) |

### TRANSFER ORDER

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Plaintiff is incarcerated at the Metropolitan Detention Center in Catano, Puerto Rico. He claims that while he was sailing in the waters of Puerto Rico, federal agents unlawfully searched and seized his vessel. Plaintiff also alleges that he was assaulted by federal law enforcement officials.

The complaint does not reveal any connection to this judicial district. The events giving rise to plaintiff's claims occurred in Puerto Rico. Under Title 28 U.S.C. § 1404(a) a court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." In the interests of justice, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the District of Puerto Rico. Whether plaintiff should be permitted to proceed *in forma pauperis* is a matter to be addressed by the transferee court.

_____
United States District Judge

Dated: 4/2/07