Kelley Mala
#01995094
FCI MIAMI
15801 S.W. 137th AVE
MIAMI, FL 33177



FILED

MAY 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May 22, 2007

RE: Kelley Mala v. SCOTT ANDERSON, Civil No. 07-873

Attn: CLERK OF COURT  NANCY WHITTINGTON,

Please take notice Plaintiff/Complaint Kelley Mala in the above mention address has been change to FCI MIAMI, any further order, notice correspondence.

Sincerly

Without Prejudice

*/s/ Kelley Mala*

4