UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KELLEY MALA, )
    Plaintiff, )
)
v. ) CIVIL Action No. 07-0873 UNA
)
SCOTT ANDERSON, etal. )
    Defendants. )

MOTION BY PLAINTIFF OPPOSSING
TRANSFER ORDER

    Plaintiff kelley Mala, timely moves and oppose this Court order to transfer case to the District Court of Puerto Rico and states as to the following reason:

1. The District Court for the District of Columbia has original jurisdiction in light of fact the Defendants are employees and persons individually acting as an instrument for the Federal Corporation., i.e. Title 28 U.S.C. 3002 et seq and 28 U.S.C. 2671;

2. Pursuant to Admiralty/Maritime clause, regulation and status this Court can proceed with such claims under Public Vessel Act;

3. Plaintiff Mala, further sought and avers these claims and complaint should not be construe as collateral attack on present proceeding in the District Court of Puerto Rico and Plaintiff Mala, seeking and claims are on the merits of facts proof of claims, and not to be consider vexatious litigation as the District Court of Puerto Rico have proceed to vitiate by its abuse judicial powers and authority to conceal the violation by Defendants.

5

page 2.

4.   Plaintiff Mala contends his claims are pure Constitutional violation with proof of claims and further seek and requesting for OIG and this Court Order FBI Agency to interview and investigate into misconduct and impermissible acts,action and application provision all in violation of Mala's Civil Rights liberty and property interest.

**CONCLUSION:**

WHEREFORE Plaintif Mala avers and contends, if this Court continue to aver limited jurisdiction as stated in prior order, this complaint does not reveal any connection to this judicial district. Plaintiff Mala seek Order for transfer of case to the District Court of St.Thomas, Virgin Islands, pursuant to 28 U.S.C. 1391(e) Plaintiff Mala sovereign status is St.Thomas Virgin Islands., i.e. born human being flesh and blood and citizen residence and property vessel 21" Proline pleasure vessel was personal private property of Plaintiff Mala and registered to St.Thomas, Virgin Islands, not Puerto Rico and was never consider by law or regulation stateless vessel or maritime prize possession of abandon property lost upon the highseas. See attach all documents in support of my Superior Claims over any other Nunc Pro Tunc.

Submitted May 15,2007

Without Prejudice

_____
Kelley Mala propria Persona, SPC

02/14/2007 1:07PM
Official Records of
ST THOMAS/ST JOHN
WILMA U. HART SMITH
RECORDER OF DEEDS

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
Kelley Norman Joseph :Mala
C/0,01995-094,Metropolitan Detention
Center,P.O.Box 2147,San Juan,P.R.
         (00922-2147)
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| KELLEY NORMAN JOSEPH MALA | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| POST OFFICE BOX 2147,MDC ,GUAYNABO | SAN JUAN | P.R. | 00922-2147 | U.S. |
| 1d. TAX ID #: SSN OR EIN: 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 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Ens Legis-LLc | 1f. JURISDICTION OF ORGANIZATION: Private | 1g. ORGANIZATIONAL ID #, if any: USM #01995-094 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b) ☐ NONE

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Mala | Kelley | Norman | usA |
| 3c. MAILING ADDRESS: In care of:Post Office Box | CITY: MDC | STATE / POSTAL CODE | COUNTRY: usA |

**4. This FINANCING STATEMENT covers the following collateral:** RECORD OWNER:Kelley Norman Joseph:Mala. The entry of the DEBTOR in the Commercial Registry as a Transmitting Utility and all other property as follows; Certificate of Birth #: 197-1967 ,is herein liened and claimed at the certain sum,$1.BILLION U.S. DOLLARS;Security Agreement #:KNJK-022467;Exemption ID #580083514;UCC CONTRACT TRUST ACCOUNT #: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;Pre-Paid Account# ;Posted Certified Account #022820006; Social Security Account#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;All debentures,indentures,accounts,pledges,Nunc Pro.All property is **ACCEPTED FOR VALUE** and is **EXEMPT FROM LEVY**,pursuant to House Joint Resolution 192 of June 5,1933 and UCC sections 1-104,10-104,3-419,and the Orders therefrom are released to DEBTOR,to include all signatures,endorsements,fascimile,copyright,printed,tpyed or photocopies of "RECORD OWNER'S AND NAME TITLE."RECORD OWNER IS NOT GUARANTOR TO ANY OTHERS ACCOUNT BY EXPLICIT RESERVATION,WITHOUT PREJUDICE,UCC SECTION 1-207.TOTAL VALUE OF INSTRUMENTS: $1.BILLION U.S. CURRENCY ...TOTAL VALUE OF COLLATERAL IN SECURITY AGREEMENT:$1.BILLION U.S. CURRENCY ..

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING
**6.** ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2
**8. OPTIONAL FILER REFERENCE DATA**
THE Parties are governed by USS section 1-201 thru 1-107

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# CC FINANCING STATEMENT ADDENDUM
LLOW INSTRUCTIONS (front and back) CAREFULLY

NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

MISCELLANEOUS:

NOTE:
"Documentary Exicise Tax Is Not Required"

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | □ NONE

ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

15. This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a [XX] fixture filing.

Description of real estate:

16. Additional collateral description:

**ALL COLLATERAL** is within the Virgin Islands of St. Thomas. See Attached Security Agreement.
NOTE: Secured party is Holder-In-Due-Course of ALL Documents, and Documents of Title Listed and Attached to Financing Statement.

Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

18. Check only if applicable and check only one box.
[XX] Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
Kelley Norman Joseph:Mala,C/O
#01995-094,
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address ☐ DELETE name ☐ ADD name

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**DISCRIPTION OF AMENDMENT:**
- DECLARATION & CERTIFICATE OF SOVERIGN STATUS;BIRTH CERTIFICATE
- COMMERCIAL NOTICE OF TRADE NAME;
- SPECIFIC POWER OF ATTORNEY AND INDEMINIFICATION AND HOLD HARMLESS AGREEMENT:
- VIRGIN ISLANDS DRIVER'S LISCENSE
- BILL OF PEACE;
- AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT;
- BUSINESS LISCENSE VIRGIN ISLANDS;ARTICLES OF INCORPORATION:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
9a. ORGANIZATION'S NAME
9b. INDIVIDUAL'S LAST NAME: Mala | FIRST NAME: Kelley | MIDDLE NAME: Norman,Joseph: | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX
Mala | Kelley | Norman

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

—All of the above listed property is accepted for value, exempt from levy, and herewith registered in the Commercial Registry. All proceeds, product, accounts, personal property, realestate, and fixtures, and the others therefrom, are the personal property of DEBTOR, but wherein Secured Party holds all interests.

Adjustment of this filing is from House Joint Resolution 192 of June 5, 1933 and Uniform Commercial Code sections 1-104 and 10-104.



HD-kx

# VIRGIN ISLANDS OF THE UNITED STATES
## DEPARTMENT OF HEALTH
## CERTIFICATE OF BIRTH

099161

This is to certify that a birth certificate has been filed for

**KELLEY NORMAN MALA**
(FULL NAME OF CHILD)

under File No. **197-1967** in the Office of the Registrar of Vital Statistics, **ST. THOMAS** (ISLAND), Virgin Islands of the United States.

Born on **FEBRUARY 24, 1967** at **CHARLOTTE AMALIE**
(DATE OF BIRTH)                         (CITY, TOWN, VILLAGE)

**ST. THOMAS**, Virgin Islands. Sex **MALE**
(ISLAND)                                          (MALE OR FEMALE)

Name of Father **ELEUTHERE NORMAN MALA**

Maiden Name of Mother **JUSTINA RIVERA**

File Date: **2/24/67**

**MELONIE GORDON**
(SIGNATURE OF REGISTRAR)

**CHARLOTTE AMALIE**
(CITY)

**ST. THOMAS**, V. I.
(ISLAND)

**FEBRUARY 21, 2007**
(DATE ISSUED)

This certificate is evidence of age, parentage and place of birth and should be carefully preserved.

**THIS CERTIFICATE BECOMES VOID IF ALTERED**

Certified Mail #7006 2150 0000 4862 3477

**UNITED STATES VIRGIN ISLANDS**
**CERTIFICATE OF BOAT REGISTRATION**
STATE OF PRINCIPAL USE - VIRGIN ISLANDS

| REGISTRATION NO. | Class | CODE | EXPIRATION DATE |
|---|---|---|---|
| V.I.8320-T | 1 | 4 2 15 | 6-30-2005 |

| YEAR BUILT | LENGTH FT. IN. | HULL I.D. NO. | MAKE OF BOAT |
|---|---|---|---|
| 89 | 21'0 | PLC4125J889 | PRO-LINE |

KELLY JOSEPH NORMAN MALA
CONTANT 242
ST. THOMAS, V.I. 00802

"ACCEPTED FOR VALUE"
pursuant to HJR-192 of 5-1933, UCC 3-419,
WITHOUT PREJUDICE AND BACK
UCC 1-1 -207, (TODAY) 2007, UCC, 1-308)





Birth Cert. #070396
Proof of Citizenship
File #197-1967
The Above Mentioned Elector has been registered and enrolled this Day 25 of February 2005.

*Eelnee Agrauve*
Registrar of Board Member Signature

ACCEPTED FOR VALUE RETURN FOR VALUE
ALL Related endorsement Front and back
UCC 3-419, and House Joint Resolution 192
June 3, 1933,
Without Prejudice

Kelley N.J. Mala, (c)1967, SPC
3/15/07



"Accepted For Value In Accord All Related
Endosement Front and Back UCC 3-419
and Joint Resolution 192 June 3, 1933
Without Prejudice

Kelley N.J. Mala, (c)1967, SPC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

KELLEY MALA, )
    Plaintiff, )
)
vs. )   RE:CIVIL.NO. 07 0873
)   District of COLUMBIA
)   TRANSFERRED
SCOTT ANDERSON, et al. )
    Defendants. )

## TAKE JUDICIAL NOTICE

Pursuant United States District Court for the District of COLUMBIA Order transferred civil case to District Court of Puerto Rico, See attach ORDER in reference.

Plaintiff Mala, timely inform this Court pursuant 28 U.S.C. 1391(e) and all other statute to transfer this case to District Court of St.Thomas, Virgin Islands  Plaintiff Mala  resident and born flesh and blood of sovereign status St.Thomas Virgin Islands and personal private property 21"pleasure boat own and registered to sovereign St.Thomas,Virgin Islands.

Plaintiff Mala further contends, he has pending matters in this court and seek not to have these matter conflict or dismiss for mistaken application of being redundancy vitiating the merits, Plaintiff Mala claims are not to be interpret construe as collateral attack to any other proceedings with this court or direct appeals.

                                                   Respectfully

Dated: May 15,2007

                                         Without Prejudice

cc: files,District Court Columbia      Kelley Mala Propria Persona

                                                          5/15/07

FILED
MAY - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLEY MALA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07 0873 |
| SCOTT ANDERSON, et al. | ) ) |
| Defendants. | ) ) |

### TRANSFER ORDER

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Plaintiff is incarcerated at the Metropolitan Detention Center in Catano, Puerto Rico. He claims that while he was sailing in the waters of Puerto Rico, federal agents unlawfully searched and seized his vessel. Plaintiff also alleges that he was assaulted by federal law enforcement officials.

The complaint does not reveal any connection to this judicial district. The events giving rise to plaintiff's claims occurred in Puerto Rico. Under Title 28 U.S.C. § 1404(a) a court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." In the interests of justice, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the District of Puerto Rico. Whether plaintiff should be permitted to proceed *in forma pauperis* is a matter to be addressed by the transferee court.

_____
United States District Judge

Dated: 4/26/07

3