UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KELLY MALA, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 07-0873 |
| SCOTT ANDERSON, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

It is hereby

ORDERED that the "Motion by Plaintiff Oppos[]ing Transfer Order," which the Court construes as a motion to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure, is DENIED.

SO ORDERED.

Date: 6/7/07

                                                *Henry Kennedy*
                                        United States District Judge